455 A.2d 196

Commonwealth v. Pabon, Appellant.

Petition for Allowance of Appeal
Denied May 16, 1983.

Submitted May 26, 1982. Susan Iris Schulman, for appellant; Jane Culter Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WIEAND and BECK, JJ.

Order affirmed.